UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-20221-DPG

UNITED STATES OF AMERICA

vs.

SILVIANO GONZALEZ-AGUILAR,

    Defendant.
    _____/

**FACTUAL PROFFER**

Defendant, Silviano Gonzalez-Aguilar (the "Defendant" or "Gonzalez-Aguilar"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning in January of 2021, a Confidential Source ("CS") acting at the direction of law enforcement conducted a series of meetings in Colombia with co-defendants Alfonso Rustrian and Adalberto Fructuoso Comparan-Rodriguez (Adalberto Comparan-Bedolla's father). Comparan-Rodriguez was presented as a leader of the United Cartels, and Rustrian was presented as his right hand man. During those meetings, Rustrian and Comparan-Rodriguez told the CS that they were involved in the distribution of crystal methamphetamine and heroin from Michoacán, Mexico, to Houston, Texas and Atlanta, Georgia. Comparan-Rodriguez further explained that he currently had 300 kilograms of crystal methamphetamine in Atlanta, Georgia, as well as access to heroin. The CS discussed prices with Comparan-Rodriguez and Rustrian, and told them that he wanted to purchase approximately 500 kilograms of crystal methamphetamine for importation from Mexico to South Florida. After negotiating the price, they initially settled on 250 kilograms of crystal methamphetamine at $14,000 per kilogram. They would later decide on a total of 500 kilograms.

Comparan-Rodriguez explained to the CS that the crystal methamphetamine would be shipped dissolved in liquid house paint, which is undetectable.

Over the next several months, Rustrian and Comparan-Rodriguez coordinated with the CS to establish the specifics for the methamphetamine transaction. Soon after a March 4, 2021, meeting between Rustrian and Comparan-Rodriguez, Rustrian told the CS that Comparan-Bedolla (the son of Comparan-Rodriguez) would be traveling to Miami to receive the first shipment of methamphetamine – roughly 200 kilograms of the planned 500 kilograms. On or about March 11, 2021, Comparan-Bedolla arrived at Miami International Airport from Mexico City. The CS went to the airport and picked up Comparan-Bedolla. On the drive from the airport, the CS asked Comparan-Bedolla if he had the list of materials needed to extract the crystal methamphetamine from the paint once the shipment arrived. Comparan-Bedolla responded yes, he had that information in his head. Comparan-Bedolla said that they likely needed to purchase several things, but the chemist who was coming to help them with the extraction would also arrive with certain materials. Comparan-Bedolla and the CS agreed to purchase the materials the next day in case the chemist did not bring all the material required. The CS drove Comparan-Bedolla to a hotel in Hialeah, Florida, that had been reserved by Rustrian.

The next morning, March 12, 2021, the CS and Comparan-Bedolla went to several stores in Hialeah Gardens, Florida, to purchase the materials required to extract the crystal methamphetamine from the house paint. Those materials included an aluminum pot, coolers, knives, plastic containers, a propane burner, a propane tank, measuring cups and a thermometer.

The CS and Comparan-Bedolla then went back to the hotel, and the CS met with an undercover agent ("UC1") who was presented as a worker for the CS. At that meeting, the CS and Comparan-Bedolla provided UC1 with all the materials they had purchased that day. Comparan-Bedolla then explained to UC1 the process of extracting the methamphetamine from the paint.

Comparan-Bedolla told UC1 that he knows the entire process except one step, which is separating the paint from the meth oil.

On or about March 19, 2021, the plan for the delivery of the methamphetamine changed, and the CS was informed that the initial shipment of methamphetamine would not arrive in paint, but in large concrete tiles. That same day, Comparan-Bedolla told the CS that two truckers had been hired by the organization to transport the concrete tiles containing crystal methamphetamine to Miami. This was the methamphetamine that the CS had previously negotiated with Rustrian and Comparan-Rodriguez. The tiles containing the meth had come from Mexico, and were stashed by the organization in Texas. The two drivers, then, would drive the tiles containing meth on a truck from Texas to Hialeah, Florida.

During the drive from Texas to Florida the truck drivers sent regular location updates (and photographs) to the CS and Comparan-Bedolla. During the transport, Comparan-Bedolla was in constant communication with his father, Comparan-Rodriguez. A number of those communications were recorded by the CS who was present with Comparan-Bedolla.

The truck transporting the methamphetamine arrived in South Florida on the evening of March 20, 2021. The truck drove to an undercover law enforcement warehouse in the Miami area. When the truck arrived, Comparan-Bedolla called his father and told him that the drivers had arrived at the warehouse. An additional undercover agent ("UC2") used a forklift to remove four crates of concrete tile from the truck's trailer. The tile was placed into the warehouse, and the drivers left the area. After the drivers left, UC1, UC2, the CS, and Comparan-Bedolla broke the tiles open using hammers. From within the tiles, law enforcement recovered approximately 200 kilograms of wrapped methamphetamine. The methamphetamine was field tested, which confirmed that it was in fact methamphetamine. The undercover warehouse was wired to record

audio and video, and the removal of the methamphetamine from the tiles was recorded by law enforcement.

On or about March 23, 2021, Comparan-Bedolla told the CS that, instead of 300 more kilograms of methamphetamine, they would be receiving 350 kilograms of methamphetamine, and it would be shipped in house paint. That paint was shipped from Mexico, through Texas, and represents the final portion of the original 500-kilogram deal that the CS, Rustrian, and Comparan-Rodriguez had agreed to in January 2021.

On or about the evening of March 26, 2021, a truck delivered approximately 245 five-gallon buckets of paint to an undercover warehouse in the Miami area. The truck was driven by the same driver, and used the same trailer, as the previous delivery of 200 kilograms of methamphetamine in large concrete tiles. The warehouse was wired to record audio and video.

Early on the morning of March 27, 2021, the CS, Comparan-Bedolla, UC1 and UC2 arrived at the warehouse and unloaded the paint buckets into the warehouse. After unloading the paint buckets, the CS and Comparan-Bedolla left the warehouse in order to meet with two chemists what had been sent by Comparan-Rodriguez to help with the extraction of the methamphetamine from the paint. The CS and Comparan-Bedolla drove to the hotel where the chemists were staying, and they had the chemists follow in their own vehicle back to the warehouse. The chemists were identified as co-defendants Silviano Gonzalez-Aguilar and Salvador Valdez.

Once inside the warehouse, Valdez explained that he had helped pack the pallets holding the paint buckets in Houston, for shipment to Miami. The CS, UC1, UC2 and Comparan-Bedolla then helped the chemists remove the buckets that contained methamphetamine from the pallets. Of the approximately 245 paint buckets, 35 contained methamphetamine mixed with paint, while the remaining buckets held only paint. The parties removed those 35 buckets from the pallets there were packed on. The chemists agreed to demonstrate the methamphetamine extraction process on

three of the buckets in order to teach the CS and both UCs how extract the methamphetamine. Then, the CS and UCs would handle the extraction process for the remaining 32 buckets.

Later in the day on March 27, 2021, the chemists went shopping for additional materials required to process the paint. After purchasing the required materials, the chemists came back to the warehouse and began the process of extraction along with Comparan-Bedolla, the CS, and the UCs. They continued working through midnight that evening.

The next day, March 28, 2021, Gonzalez-Aguilar and Valdez returned to the warehouse after having breakfast with Comparan-Bedolla. At the warehouse, while being audio and video recorded, Comparan-Bedolla, Gonzalez-Aguilar, Valdez, the CS, and both UCs continued the extraction process. They worked throughout the rest of the day. After the chemists had left for the evening, law enforcement tested the substance they had been working on extracting, and it field tested positive for methamphetamine. Law enforcement also field tested the paint/meth mixture in the buckets that had not yet been processed, and that material field tested positive for methamphetamine as well.

On Tuesday March 30, 2021, both UCs continued to extract meth with Comparan-Bedolla, Gonzalez-Aguilar and Valdez, at the warehouse. They ultimately were able to extract roughly eighteen pounds of methamphetamine from two buckets of paint. That methamphetamine was later seized by law enforcement, and field-tested positive for methamphetamine. That same day, the CS had arranged for UC1, Comparan-Bedolla and Carlos Basauri-Coto to meet at a local hotel to transfer the expected $4,150,000 in drug proceeds. That afternoon, UC1 and Comparan-Bedolla met with Basauri-Coto. After brief introductions with all three, Basauri-Coto said that he would move his vehicle closer. He moved the car two spaces and opened the trunk area. UC1 and Comparan-Bedolla removed a large suitcase from their trunk and placed it in Basauri-Coto's vehicle. UC1 then opened the suitcase and displayed a large amount of fake currency. Basauri-

Coto agreed that it looked good, and shut his hatch/trunk. At that point, both Basauri-Coto and Comparan-Bedolla were arrested.

Shortly thereafter, the arrest team drove to the undercover warehouse and arrested Gonzalez-Aguilar and Valdez.

The Parties agree that the above facts, which do not include all the facts known to the Government and the Defendant, are sufficient to prove the guilt of the Defendant in the above-referenced matter.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 1/25/22    By: _____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

Date: 1/25/22    By: _____
ZENA DUNCAN, ESQ.
COUNSEL FOR DEFENDANT

Date: 1/25/22    By: _Silviano Gonzalez Aguilar_
SILVIANO GONZALEZ-AGUILAR
DEFENDANT